No. 307. ROMAN, CLERK OF THE PEACE, ET AL. *v.* SINCOCK ET AL. Appeal from the United States District Court for the District of Delaware. Probable jurisdiction noted. The motion to advance is granted and the case is set for argument on Monday, December 9, 1963. The printing of the record is dispensed with. The brief of the appellants shall be filed on or before November 9th and the brief of the appellees shall be filed on or before November 29th. *David P. Buckson,* Attorney General of Delaware, *E. Norman Veasey,* Chief Deputy Attorney General, *Frederick Bernays Wiener, Januar D. Bove, Jr., Frank O'Donnell* and *N. Maxson Terry* for appellants. *Vincent A. Theisen* for appellees.

No. 328. UNITED STATES *v.* TATEO. Appeal from the United States District Court for the Southern District of New York. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States. *O. John Rogge* for appellee.

No. 321. ARATANI ET AL. *v.* KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Thomas H. Carolan* and *Philip W. Amram* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.